**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-000015-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

GERALD CRITTEN,

      Petitioner,

v.

JUAN D. CASTILLO,
F.B.O.P. REGIONAL DIRECTOR, and
LINDA T. MCGREW, Warden,

      Respondent.

---

## ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES

---

On January 2, 2014, Petitioner submitted a Petition for Writ of Mandamus, along with an Opening Brief.   In the documents, Petitioner is challenging a prison disciplinary conviction for which he was sanctioned with the loss of good time credits.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the documents are deficient as described in this Order.  Applicant will be directed to cure the following if he wishes to pursue any claims in this Court in this action.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   <u>X</u>    is not submitted
(2)   <u>   </u>    is missing affidavit
(3)   <u>   </u>    is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4)   <u>X</u>    Is missing certificate showing current balance in prison account as of date

|      |      | Applicant signed the Application |
|------|------|----------------------------------|
| (5)  | __   | is missing required financial information |
| (6)  | __   | is missing authorization to calculate and disburse filing fee payments |
| (7)  | __   | is missing an original signature by the prisoner |
| (8)  | __   | is not on proper form |
| (9)  | __   | names in caption do not match names in caption of complaint, petition or habeas application |
| (10) | __   | other: § 1915 motion is necessary only if $5.00 filing fee is not paid in advance. |

**Complaint, Petition or Application**:

| (11) | X    | is not submitted |
|------|------|------------------|
| (12) | __   | is not on proper form |
| (13) | __   | is missing an original signature by the prisoner |
| (14) | __   | is missing page nos. ___ |
| (15) | __   | uses et al. instead of listing all parties in caption |
| (16) | __   | names in caption do not match names in text |
| (17) | __   | addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application |
| (18) | __   | other: |

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Petitioner files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Applicant shall obtain the Court-approved forms used for filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Petitioner fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED January 7, 2014, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge